pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 23, 2013.)

■ In the Matter of AMY P. CIOTA, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [974 NYS2d 843]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 30, 2013.)

■ In the Matter of DAVID R. ROGGENBAUM, for Reinstatement to the Practice of Law in the State of New York. [974 NYS2d 883]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 23, 2013.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY ARKIM, Also Known as ED MASON, Appellant. [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CRENSHAW, Appellant. [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD W. TORTURICA, Appellant. (Appeal No. 1.) [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD W. TORTURICA, Appellant. (Appeal No. 2.) [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT D. McLEE, Appellant. [974 NYS2d 883]—Motion for modification denied. Present—Smith, J.P., Lindley, Sconiers, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD HARRIS, Appellant. [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY SCHROO, Appellant. [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni and Lindley, JJ.